(INND Rev. 4/24)                                                                                          page 1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

[This form is for non-prisoners to file a civil complaint. NEATLY print in ink (or type) your answers.]

Michael Maxie
_____,
[You are the PLAINTIFF, print your full name on this line.]

v.

Damon R. Leichty, Eric Tamashasky, et al
_____,
[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

FILED - SEP 04 2024 - PM03:34
US DISTRICT COURT
Northern District of Indiana
Chanda J. Berta - Clerk

Case Number  3:24-cv-741
[For a new case in this court, leave blank. The court will assign a case number.]

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]

## CIVIL COMPLAINT

| # | Defendant's Name and Job Title | Address |
|---|---|---|
| 1 | [Put the defendant named in the caption in this box.] Damon R. Leichty | 204 S. Main St South Bend IN 46601 |
| 2 | [Put the names of any other defendants in these boxes.] Eric Tamashasky | 112 S. Lafayette Blvd # 1 |
| 3 | Matthew Raper | 112 S. Lafayette Blvd # 1 South Bend IN 46601 |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and address of each defendant in a separate box as shown here.]

1. How many defendants are you suing? __3__

2. What is your address? 131 Rue Mallarme apt # 2108
South Bend IN 46615

3. What is your telephone number: (_____) N/A

4. Have you ever sued anyone for these exact same claims?
   ○ No.
   ⊘ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

(INND Rev. 4/24)                                                                                                   page 2

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

**DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how these events happened.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT**: Include the names of minors, social security numbers, or dates of birth.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. On or about Mar,28,2024, the plaintiff Michael Maxie filed a claim against St.Joseph County, Katlyn Foust Hunneshagen, Sean Michael Towner, Nathan Barnes, Rosie Leyva, South Bend Heritage Foundation, and South Bend Housing Authority.

2. On April,23,2024 District Court Judge: Damon F. Leichty dismiss the plaintiff Michael Maxie Complaint under the Rooker-Feldman doctrine.

3. On May,13,2024 the plaintiff Michael Maxie filed a Motion for Leave to Amend, AFFIDAVIT, Motion for the Disqualification of Judge Damon R. Leichty, Motion to Set aside Judgment for Lack of Subject Matter Jurisdiction.

4. The plaintiff Michael Maxie entired complaint was dismiss, and all Motions filed was denied by District Court Judge: Damon R. Leichty without prejudice, but on April,01,2024 the plaintiff Michael Maxie filed a DEMAND FOR A JURY TRIAL that was also denied.

5. On Oct,25,2022 the Robertson's Senior Apartments filed an eviction before Magistrate Judge Eric Tamashasky, Granted Robertson's Senior Apartments possession of the property Nov,07,2022. Cause No.71D01-2210-EV-2133

6. Prior to Magistrate Judge: Eric Tamashasky GRANTING REPOSSESSION of Robertson's Senior Apartments Nov,07,2022, the defendant Michael Maxie filed a Motion for an Continuance 11/01/2022, filed a Motion to dismiss, submitted exhibits(evidences) in open court when the eviction was taking place, but Motion to Dismiss, and exhibits as evidences was ignored on Nov,07,2022, and filed a Motion for Change of Venue from Judge, and denied 11/09/2022 the same day the defendant Michael Maxie filed a Motion for New Trial 11/09/2022, denied

[*DO NOT* write in the margins or on the back of any pages. Attach additional pages if necessary.]

(INND Rev. 4/24)                                                                                      page 3

Claims and Facts (continued)

11/16/2022, and on 11/21/2022, the defendant Michael Maxie filed a Motion to Correct Error, and was denied 11/28/2022

7. On May,13,2024 the plaintiff Michael Maxie filed a Motion to United States District Court, and was sent to Small Claim Court, and filed May,23,2024.

8. On 06/10/2024 the plaintiff Michael Maxie filed a Motion to Set Aside/Vacate Judgment with Small Claim letter head that was denied 06/12/2024.

9. On 07/11/2024, the Plaintiff Michael Maxie filed a Motion to Amend, and was denied on 07/15/2024, and on 07/30/2024 the plaintiff Michael Maxie filed a Motion for Summary Judgment, and was denied 08/06/2024, the plaintiff Michael Maxie wasn't given an opportunity to be heard in STATE, and Federal Court that violated his 5th, and 14th Amendment Rights.

RELIEF – If you win this case, what do you want the court to order the defendant to do? COMPENSATORY DAMAGES $150,000.00 each from defendants, and PUNITIVE DAMAGES OF $100,000.00 from each defendants Damon R. Leichty, Eric Tamashasky, & Matthew Raper.

FILING FEE – Are you paying the filing fee?

- ◯ Yes, I am paying the $405.00 filing fee. I understand that I am responsible to notify the defendant about this case as required by Federal Rule of Civil Procedure 4. [*If you want the clerk to sign and seal a summons, you need to prepare the summons and submit it to the clerk.*]
- ☑ No, I am filing a Motion to Proceed In Forma Pauperis and asking the court to notify the defendant about this case.

[*Initial Each Statement*]

*M.M* I will keep a copy of this complaint for my records.
*M.M* I will promptly notify the court of any change of address.
*M.M* I declare **under penalty of perjury** that the statements in this complaint are true.

_Michael Maxie_                                         09/04/2024
Signature                                               Date

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]